**Kelly A. Giampa**, OSB #980216
Email: kgiampa@lindsayhart.com
**Jay W. Beattie**, OSB # 871631
Email: jbeattie@lindsayhart.com
**Michael J. Estok**, OSB #090748
Email: mestok@lindsayhart.com
**Melissa J. Bushnick**, OSB # 140704
Email: mbushnick@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID OTHELLO PARKER, JR. THROUGH DAVINA MARIE PARKER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID PARKER, JR.**,<br><br>    Plaintiff,<br><br>v.<br><br>**ST. JUDE OPERATING COMPANY, LLC, dba HEALTHCARE AT FOSTER CREEK, and BENICIA SENIOR LIVING, LLC,**<br><br>    Defendants. | Case No. 3:20-cv-01325<br><br>**CORPORATE DISCLOSURE STATEMENT OF ST. JUDE OPERATING COMPANY, LLC, dba HEALTHCARE AT FOSTER CREEK** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant St. Jude Operating Company, LLC, dba Healthcare at Foster Creek ("St. Jude") makes the following disclosures:

St. Jude is a business entity organized under the laws of Oregon. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Page 1 - **CORPORATE DISCLOSURE STATEMENT OF ST. JUDE OPERATING COMPANY, LLC, dba HEALTHCARE AT FOSTER CREEK**
02049858.DOCX

LINDSAY HART, LLP

DATED this 6th day of August, 2020.

        LINDSAY HART, LLP

        By: s/ *Jay W. Beattie*
            Kelly A. Giampa, OSB No. 980216
            kgiampa@lindsayhart.com
            Jay W. Beattie, OSB No. 871631
            jbeattie@lindsayhart.com
            Michael J. Estok, OSB #090748
            Email: mestok@lindsayhart.com
            Melissa J. Bushnick, OSB # 140704
            Email: mbushnick@lindsayhart.com

            Attorneys for Defendants

Page 2 - **CORPORATE DISCLOSURE STATEMENT OF ST. JUDE OPERATING COMPANY, LLC, dba HEALTHCARE AT FOSTER CREEK**
02049858.DOCX

LINDSAY HART, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020 I served a copy of **CORPORATE DISCLOSURE STATEMENT OF ST. JUDE OPERATING COMPANY, LLC, dba HEALTHCARE AT FOSTER CREEK** on the following person(s) in the manner indicated below at the following address(es):

Paul Janzen
Caroline Janzen
Janzen Legal Services, LLC
4550 SW Hall Blvd.
Beaverton, OR 97005
paul@ruggedlaw.com
caroline@ruggedlaw.com

    Attorneys for Plaintiffs

☐ by Electronic Mail
☐ by Facsimile Transmission
☒ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

By: s/ *Jay W. Beattie*
    Kelly A. Giampa, OSB No. 980216
    kgiampa@lindsayhart.com
    Jay W. Beattie, OSB No. 871631
    jbeattie@lindsayhart.com
    Michael J. Estok, OSB #090748
    Email: mestok@lindsayhart.com
    Melissa J. Bushnick, OSB # 140704
    Email: mbushnick@lindsayhart.com
    Attorneys for Defendants